IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KEIRON KENNETH HOLMES, SR., et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 4:24-cv-28 |
| v. | |
| CHATHAM COUNTY DETENTION CENTER, et al., | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 9, 2024, Report and Recommendation, (doc. 5), to which no plaintiff has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiffs Hamilton, Taylor, Weaver, Singleton, Warren, Busby, Hicks, Robertson, Graves, Rivers, Aldridge, Edwards, Wright, Hills, Strain, Bennett, Mike, Hilson, Barnes, Gaines, Rivers, Peterson, Kimble, Morales, Salas, Williams, Johnson, Jivens, Marsh, Jones, Polly, Elmore, and Bryant are **DISMISSED**. Since Plaintiff Holmes is the only remaining plaintiff, and he has consented to the Magistrate Judge's jurisdiction over this case, (doc. 8), the Clerk is **DIRECTED** to assign this case to the Magistrate Judge, pursuant to the undersigned's Order, (doc. 4).

**SO ORDERED**, this 15th day of March, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA