UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KEIRON KENNETH HOLMES, SR., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) )    CV424-028 |
| CHATHAM COUNTY DETENTION CENTER, *et al.*, | ) ) ) ) |
| Defendants. | ) |

# ORDER

*Pro se* plaintiff Keiron Kenneth Holmes, Sr. filed this 42 U.S.C. § 1983 action alleging he was subjected to unconstitutional conditions and seeking to pursue his and other inmates' claims through a class action. *See generally* doc. 1. The Court granted him leave to proceed *in forma pauperis* and directed him to return the necessary forms and recommended that the other plaintiffs' claims be dismissed. *See, e.g.,* doc. 6. The District Judge adopted that recommendation and reassigned this case, to the extent that Holmes' claims remain pending, to the undersigned, pursuant to Holmes' consent. *See* doc. 9. However, Holmes has failed to comply with the Court's prior Order to return forms required

1

to proceed *in forma pauperis* and to restate the claims in the Complaint to specify Holmes' claims. *See generally* docket; *see also* doc. 6 at 4-6. He has, therefore, failed to comply with the Court's Order. His Complaint is, therefore, **DISMISSED**. Doc. 1.

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v. Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006). Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court. Fed. R. Civ. P. 41(b). Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c). The Court's Order expressly warned Holmes that failure to comply with either one of the Court's instructions could result in dismissal. *See* doc. 6 at 7. Holmes' failure to properly execute and return the required forms and submit the required

Amended Complaint warrants dismissal.  *See Brown,* 205 F. App'x at 802 ("Dismissal pursuant to Rule 41(b) upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.").  Accordingly, his Complaint is **DISMISSED** for failing to obey a court order and failing to prosecute his case.  Doc. 1.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED,** this 22nd day of March, 2024.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA